UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INES MENDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., *et al.*,<br><br>    Defendants. | Case No.  14-cv-03756-NJV   (NJV)<br><br>**ORDER TO SHOW CAUSE** |

On October 30, 2014, Defendants filed a Joint Case Management Statement. Doc. 16. Therein, counsel for Defendants informed the court that counsel for Plaintiff failed to attend the meet and confer that had been scheduled in order to prepare a joint case management statement in accordance with L.R. 16-9. Counsel for Plaintiff's failure to cooperate, means that the Case Management Statement, Doc. 16, filed by Defendants was joint among Defendants, but not joint among all parties.   Accordingly, it is

ORDERED that Counsel for Plaintiff shall, *on or before November 12, 2014*, contact counsel for Defendants to confer with them regarding their Case Management Statement and then file a separate case management statement. Further, it is

ORDERED that Counsel for Plaintiff shall, *on or before November 12, 2014*, show cause as to why he should not sanctioned for failing to comply with Rule 26(f) of the Federal Rules of Civil Procedure and L.R. 16-9.

**IT IS SO ORDERED**.

Dated: October 31, 2014

_____

NANDOR J. VADAS
United States Magistrate Judge