United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INES MENDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., *et al.*,<br><br>    Defendants. | Case No.   14-cv-03756-NJV   (NJV)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 17 |

On consideration of counsel's Declaration, (Doc. 18) at 6, the court's October 31, 2014 Order to show cause (Doc. 17) is discharged.

**IT IS SO ORDERED**.

Dated: November 14, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge