UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INES MENDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., *et al*.,<br><br>        Defendants. | Case No.  14-cv-03756-NJV<br><br>**ORDER TAKING MOTIONS UNDER SUBMISSION**<br><br>Re: Dkt. Nos. 24 & 27 |

Defendants' Motions for Summary Judgment (Docs. 24 & 27) are set for hearing before the court on August 11, 2015.  Plaintiff has failed to file timely replies in opposition to the Motions.  Pursuant to Civil Local Rule 7-1(b), the court finds that these matters are appropriate for decision without oral argument and therefore takes them submission.  The Motions will be decided on the papers and the hearing is CANCELED.

    **IT IS SO ORDERED**.

Dated: July 28, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge