UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INES MENDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>        Defendants. | Case No.   14-cv-03756-NJV<br><br>**ORDER TO SHOW CAUSE** |

According to the State Bar of California, Counsel for Plaintiff, Steven Turner Davies, was suspended from the practice of law in California on July 1, 2015.  Accordingly, it is ordered that Counsel for Plaintiff shall appear in person **on August 11, 2015, at 10:00 a.m**. at the United States District Court, 3140 Boeing Avenue, McKinleyville, CA 95519, and show cause why he should not be sanction for violation of L.R. 11.

Further, Counsel Davies shall, **on or before August 6, 2015**, personally serve a copy of this order on Plaintiff and instruct Plaintiff to attend the August 11, 2015 hearing.  In addition, Counsel shall, **on or before 12:00 p.m. on August 7**, **2105**, certify in writing that service has been perfected and deliver that certification by hand to the Clerk's Office at 3140 Boeing Avenue, McKinleyville, CA 95519.

**IT IS SO ORDERED**.

Dated: August 4, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge