UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INES MENDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03756-NJV<br><br>**ORDER**<br><br>Re: Dkt. No. 32 |

Pursuant to the Order of August 11, 2015, (Doc. 32) striking the Responses (Docs. 30 & 31) as improperly filed in violation of Local Rule 11, the court instructs the Clerk to remove from EFC Docket Nos. 30 & 31.

**IT IS SO ORDERED**.

Dated: August 12, 2015

NANDOR J. VADAS
United States Magistrate Judge