UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INES MENDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>   Defendants. | Case No. 14-cv-03756-NJV<br><br>**ORDER TO SHOW CAUSE** |

This matter came on for hearing on August 25, 2015. The purpose of the hearing was to inform Plaintiff that he was no longer represented in this case as his counsel was no longer an active member of the State bar of California and was suspended from this court's bar. The court planned to inquire of Plaintiff whether he intended to procure new counsel or proceed *pro se*. To that end, the court ordered Plaintiff to appear in person for the August 25, 2015 hearing and served copies of that order on Plaintiff at his two last known addresses. Plaintiff did not appear for the hearing. Several minutes after the hearing began, Mr. Davies, the aforementioned suspended attorney, appeared and with paperwork in hand explained that he had, just that very morning, been reinstated to the State Bar of California and that he had spoken with Plaintiff about the hearing. However, Mr. Davies was unable to account for Plaintiff's failure to appear. The court instructed Mr. Davies that he would need to reapply for active status with the bar of this court before he could proceed as counsel in this case.

The court has now, on two occasions, ordered Plaintiff to attend hearings and Plaintiff has now, on two occasions, ignored the orders of this court. Considering the lack of any timely response to Defendants' Motions for Summary Judgment, counsel's apparent indifference to his

1 bar status, and Plaintiff's blatant disregard of this court's orders to appear, it is ORDERED that
2 Plaintiff INES MENDEZ *shall appear* at the UNITED STATES DISTRICT COURT, 3140
3 Boeing Avenue, McKinleyville, CA 95519 **at 10:00 a.m. on September 22, 2015** and show cause
4 as to why this case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure
5 to prosecute and failure to comply with the orders of the court.

*Plaintiff is warned that his failure to appear at the hearing will result in the court dismissing this action.*

**IT IS SO ORDERED**.

Dated: August 25, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INES MENDEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>        Defendants. | Case No. 14-cv-03756-NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

INES MENDES
4014 Little Fairfield
Eureka, CA 95501

INES MENDES
2101 Spring Street
Eureka, CA 95501

Stephen Turner Davies
Turner Litigation Services
P.O. Box 319
Eureka, CA 95502

Dated: August 25, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Robert Illman, Deputy Clerk to the
Honorable NANDOR J. VADAS

3