UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INES MENDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-03756-NJV<br><br>**ORDER DISCHARGING SHOW CAUSE**<br>Re: Dkt. No. 36 |

On September 22, 2015, Plaintiff Ines Mendez appeared before the court and confirmed that he intended to prosecute this action and that he wished for Mr. Davies to remain as counsel. Accordingly, it is ORDERED that the Show Cause Order (Doc. 36) is DISCHARGED.  Further, it is ORDERED that Mr. Davies shall, **on or before September 25, 2015**, re-file the previously stricken responses to the Motions for Summary Judgment.  Mr. Davies is instructed to file them exactly as previously filed.  After a review of the pleadings, the court will determine whether any further, or supplemental, briefing and/or oral argument is necessary.

**IT IS SO ORDERED**.

Dated: September 24, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge